UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MORRISON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EFUNDS IT SOLUTIONS GROUP, INC.,<br><br>　　　　　　　Defendant. | No. 2:16-cv-01890-MAT<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER TO DISMISS WITH PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 15, 2016**<br><br>**(Clerk's Action Required)** |

## I.　　STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND AGREED by Plaintiff James Morrison and by Defendant eFunds IT Solutions Group., Inc., that as a result of a settlement agreement between the parties all causes of action alleged by Plaintiff in this action shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.[1]

---

[1] This stipulated motion is between James Morrison and eFunds IT Solutions Group, Inc. A second defendant, CT Corporation System, was inadvertently added by Mr. Morrison as an independent defendant in small claims court even though CT Corporation System is merely eFunds' agent for purposes of service. Mr. Morrison has no claims against CT Corporation System and this stipulated motion also dismisses that inadvertent suit with prejudice.

STIPULATED MOTION AND (PROPOSED) ORDER TO
DISMISS WITH PREJUDICE – 1
No. 2:16-cv-01890-MAT

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | AGREED AND STIPULATED TO this 15 day of December, 2016. |
| 2 | |
| 3 | CORR CRONIN MICHELSON |
| | BAUMGARDNER FOGG & MOORE LLP |

AGREED AND STIPULATED TO this 15 day of December, 2016.

*[signature]*
James Morrison
2050 NE Katsura St
Issaquah, WA 98029

*Plaintiff*

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

*[signature]*
Steven W. Fogg, WSBA 23528
David B. Edwards, WSBA 44680
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
sfogg@corrcronin.com
twilliams@corrcronin.com

*Attorneys for Defendant eFunds IT Solutions Group, Inc.*

---

STIPULATED MOTION AND (PROPOSED) ORDER TO
DISMISS WITH PREJUDICE – 2
No. 2:16-cv-01890-MAT

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## II. ORDER

Pursuant to the foregoing stipulation and motion, it is hereby ORDERED that this action shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED this _____ day of _____.

_____
Mary Alice Theiler
United States District Magistrate Judge

Presented by:

_____
James Morrison
2050 NE Katsura St
Issaquah, WA 98029

*Plaintiff*

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

_____
Steven W. Fogg, WSBA 23528
David B. Edwards, WSBA 44680
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
sfogg@corrcronin.com
twilliams@corrcronin.com

*Attorneys for Defendant eFunds IT Solutions Group, Inc.*

STIPULATED MOTION AND (PROPOSED) ORDER TO
DISMISS WITH PREJUDICE – 3
No. 2:16-cv-01890-MAT

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Defendant herein.

2. On this date, I caused true and correct copies of the foregoing to be served on the pro se plaintiff by depositing the same in the U.S. Mail, postage prepaid, in an envelope addressed to the following:

James Morrison
2050 NE Katsura St
Issaquah, WA 98029

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 15th day of December, 2016, at Seattle, Washington.

s/ Christy A. Nelson
Christy A. Nelson

STIPULATED MOTION AND (PROPOSED) ORDER TO DISMISS WITH PREJUDICE – 4
No. 2:16-cv-01890-MAT

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900